# UNITED STATES DISTRICT COURT
for the

EASTERN District of NORTH CAROLINA

| | |
|---|---|
| United States of America<br>v.<br>STACCATO POWELL<br>*Defendant* | ) Case No. 5:22-MJ-1064-BM<br>)<br>) Charging District: Northern District of California<br>) Charging District's Case No. 22-CR-003 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court<br>Northern District of California<br>Ronald V. Dellums Federal Building & U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612<br>(510) 637-3530 | Courtroom No.: Via Zoom with the Northern District of California |
|---|---|---|
| | | Date and Time: 2/2/22 at 10:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: January 25, 2022

*Judge's signature*

BRIAN S. MEYERS, U.S. MAGISTRATE JUDGE
*Printed name and title*